OPINION — AG — 74 O.S.H. 351(L), THE OKLAHOMA PLANNING AND RESOURCES BOARD WOULD BE WITHOUT AUTHORITY TO GRANT TO THE CONCESSIONAIRE OPERATING ONE OF THE STATE PARKS UNDER CONTROL OF SAID BOARD A LEASE PORTION OF THE LAND IN SUCH PARK WITH PERMISSION TO CONSTRUCT THEREON A BUILDING WHICH WOULD BE, AND REMAIN, THE PROPERTY OF SUCH CONCESSIONAIRE. CITE: 74 O.S.H. 351(L) (JAMES C. HARKIN)